```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                           :
TREEHOUSE FOODS INC., et al.,          :
                                                           :        No. 14 Civ. 905 (VSB)
                           Plaintiffs,    :        No. 14 Civ. 1609 (VSB)
                                                           :        No. 14 Civ. 1671 (VSB)
                      -v-                     :        No. 14 Civ. 1716 (VSB)
                                                           :        No. 14 Civ. 1836 (VSB)
GREEN MOUNTAIN COFFEE ROASTERS,  :        No. 14 Civ. 1963 (VSB)
INC., et al.,                                       :        No. 14 Civ. 2219 (VSB)
                                                             :        No. 14 Civ. 2255 (VSB)
                          Defendants.  :       No. 14 Civ. 2267 (VSB)
                                                             :        No. 14 Civ. 2530 (VSB)
*This document concerns all related actions.*   :
------------------------------------------------------------X

                                                               **ORDER**

VERNON S. BRODERICK, United States District Judge:

      The Court is in receipt of Defendant's letter dated April 4, 2014 again requesting that the Court adjourn the initial pretrial conference scheduled for May 1, 2014 and stay the proceedings until after the Judicial Panel on Multidistrict Litigation ("JPML") issues its decision on the pending motion to transfer. (14-CV-905, Doc. 34.) The Court is also in receipt of the letter in opposition of Plaintiff Treehouse Foods Inc. dated April 9, 2014, (14-CV-905, Doc. 35), and the letter in opposition of Plaintiff Ney Silverman Insurance Associates, L.L.C. dated April 9, 2014, (14-CV-1671, Doc. 14).

      Defendant's request to adjourn the May 1, 2014 conference is denied. The Court directs the parties in all actions related to 14-CV-905 to appear at the conference scheduled for May 1, 2014 at 11:30 a.m. The parties should be prepared to discuss:

- Defendant's proposed motion to dismiss Plaintiffs' Complaint in 14-CV-905 (14-CV-905, Doc. 16);
- Plaintiff Ney Silverman Insurance Associates, L.L.C.'s proposed motion for consolidation (14-CV-1671, Doc. 10);
- Defendant's proposed motion to stay (14-CV-905, Doc. 34); and

- Coordination among the related actions, including coordination of the actions if consolidated and/or if the actions become subject to multidistrict litigation.

Defendant's request is granted to the extent that the parties are not required to meet and confer in advance of the May 1, 2014 conference in accordance with Federal Rule of Civil Procedures 16(b) and 26(f) and Rule 1.A of the Pilot Project.

The Clerk of Court is respectfully directed to terminate the pending Motions. (14-CV-905, Doc. 34; 14-CV-1609, Doc. 15; 14-CV-1671, Doc. 12; 14-CV-1716, Doc. 6; 14-CV-1836, Doc. 7.)

**SO ORDERED.**

Dated: April 16, 2014
New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge